IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.  1:13-cv-917 (GBL/IDD) |
| v. | ) ) ) | |
| PORTAL HEALTHCARE SOLUTIONS, LLC | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

THIS MATTER is before the Court on the parties' Cross-Motions for Summary Judgment. For the reasons stated in open court on Thursday, July 17, 2014,

**IT IS HEREBY ORDERED** that Plaintiff The Travelers Indemnity Company of America ("Travelers")'s Motion for Summary Judgment (Doc. 20) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Portal Healthcare Solutions, LLC ("Portal")'s Motion for Summary Judgment (Doc. 22) is **GRANTED.**

**IT IS FURTHER ORDERED** that Count I of Travelers' Complaint is **DENIED** with respect to Travelers' request for declaratory judgment that it has no duty to defend Portal.

The only Count remaining in this case is Count I of Travelers' Complaint with respect to Travelers' request for declaratory judgment that it has no duty to indemnify Portal.

**IT IS SO ORDERED.**

ENTERED this _17_ day of July, 2014.

Alexandria, Virginia
7 / 17 / 2014

_____/s/_____
Gerald Bruce Lee
United States District Judge